AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 7-24-mj-86 | Date and time warrant executed: June 27, 2024  1300 | Copy of warrant and inventory left with: FedEx Tracking # 777098035162 |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken:

Stride Bank check # 090252 dated 07/02/2024 in the amount of $7,188.66.

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 15, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

**Received in Chambers
By Reliable Electronic Means**

July 15, 2024, 2:02 p.m.

**Hon. C. Kailani Memmer
United States Magistrate Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/15/2024

_____
Executing officer's signature

FBI SA Richard A. Miller
Printed name and title